United States District Court
Southern District of Texas
**ENTERED**
September 26, 2025
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| **HERITAGEMARK, LLC, on behalf of itself and all others similarly situated,** | § § § § | |
| Plaintiff, | § | |
| VS. | § § | CIVIL ACTION NO. 4:22-cv-04513 |
| **UNUM LIFE INSURANCE COMPANY OF AMERICA, a Maine corporation,** | § § § | |
| Defendant. | § § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Before the Court is Defendant's Motion for Summary Judgment (Doc. No. 78). On August 6, 2025, United States Magistrate Judge Dena Hanovice Palermo issued a Report and Recommendation ("R & R") in this case, recommending that the motion be granted (Doc. No. 103). Plaintiff filed its objections on August 27 (Doc. No. 107), and Defendant filed its response on September 10 (Doc. No. 109).

As required by 28 U.S.C. § 636(b)(1)(C), the Court has conducted a de novo review of the R & R. However, the Court agrees with the conclusions and the reasoning of the R & R. Accordingly, the Court hereby **ADOPTS** the R & R and **GRANTS** Defendant's Motion for Summary Judgment.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas, on this the 24th day of September, 2025.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE